# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No.: 17-24380-CIV-Moreno/Turnoff

ESTHER VENTURA DE RENDÓN and
JUAN MARÍA RENDÓN GUTIÉRREZ,

    Petitioners,

v.

VIVIANE VENTURA and MICHAEL D.
VENTURA,

    Respondents.
_____/

## RESPONDENT'S NOTICE OF FILING AMENDED DECLARATION AND CERTIFIED TRANSLATIONS OF DECLARATIONS IN SUPPORT OF RESPONDENT'S MOTION TO STAY AND INCORPORATED MEMORANDUM OF LAW (DE 8)

Respondent, Viviane Ventura, ("Ventura"), hereby files the Amended Declaration of Carlos Felipe Mayorga, a certified translation of the Amended Declaration of Carlos Felipe Mayorga, and a certified translation of the Declaration of Luis Gabriel Chaves Ortiz, both filed in support of Respondent's Motion to Stay and Incorporated Memorandum of Law (DE 8), filed on December 18, 2017. The amended declaration and certified translations of the declarations are attached hereto as Exhibits A, B, and C.

Respectfully submitted,

By: */s/  Luis O'Naghten*

**BAKER & MCKENZIE LLP**
Luis O'Naghten
Florida Bar No.: 622435
William V. Roppolo
Florida Bar No. 182850
Jessica Marroquin
Florida Bar No.: 105360
1111 Brickell Avenue, Suite 1700
Sabadell Financial Center
Miami, Florida 33131
Tel.: (305) 789-8900
Fax: (305) 789-8953
luis.onaghten@bakermckenzie.com
william. roppolo@bakermckenzie.com
jessica.marroquin@bakermckenzie.com
*Counsel for Respondent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Luis O'Naghten*
      Luis O'Naghten

## SERVICE LIST

**ESTHER VENTURA DE RENDÓN and JUAN MARÍA RENDÓN GUTIÉRREZ,**
v.
**VIVIANE VENTURA and MICHAEL D. VENTURA,**

Case No.: 17-24380-CIV-Moreno/Turnoff

Counsel for Petitioners

Carlos F. Concepción
Adrian Nuñez
Jones Day
600 Brickell Avenue
Brickell World Plaza
Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Fax: (305) 714-9799
Email: cconcepcion@jonesday.com
Email: anunez@jonesday.com