UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-24380-CIV-MORENO

ESTHER VENTURA DE RENDON and JUAN
MARIA RENDON GUTIERREZ,

    Plaintiffs,

vs.

VIVIANE VENTURA and MICHAEL D.
VENTURA,

    Defendants.
_____/

## ORDER DENYING RESPONDENT MICHAEL VENTURA'S MOTION TO STAY

THIS CAUSE came before the Court upon Respondent Michael Ventura's Motion to Stay (D.E. 41), filed on **May 31, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to stay is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___6th___ of June 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Honorable Judge L. Louis