UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24380-MORENO/LOUIS

ESTHER VENTURA DE RENDÓN and
JUAN MARÍA RENDÓN GUTIÉRREZ,

      Petitioners,

v.

VIVIANE VENTURA and MICHAEL D.
VENTURA,

      Respondents.

_____/

**JOINT MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY**

Pursuant to Federal Rule of Civil Procedure 67, Petitioners Esther Ventura de Rendón and Juan Maria Rendón Gutierrez (collectively, "Petitioners") and Respondent Michael D. Ventura ("Respondent") jointly move this Court for an order authorizing the deposit of funds into the Court registry, and in support hereof state:

1.    On September 6, 2017, Petitioners commenced a summary proceeding in Miami-Dade County Circuit Court ("State Court") to confirm an international arbitration award.

2.    On October 1, 2017, the State Court entered an Order Granting Writ of Attachment against certain real property (the "Property") owned by Respondent. A Writ of Attachment subsequently issued and a lien against Respondent's property was created pursuant to a Notice of Sheriff's Levy issued on November 9, 2017 and recorded in the Miami-Dade County Public Records.

3.    Respondent Viviane Ventura removed the State Court proceeding to this Court on December 4, 2017.

4. On or about May 17, 2018, pursuant to an agreement between Respondent Petitioners, Respondent sold the Property under the condition that $453,962.95 ("Lien Payment") be withheld at closing for the attachment lien and deposited into the Court registry.

5. Rights to the Lien Payment are in dispute and disbursement of said funds will depend on the outcome of the instant proceeding to recognize and enforce an international arbitration award pursuant to the New York Convention.

6. As a result, the parties jointly request that the Court permit them to deposit the full sum of the Lien Payment into the Court registry subject to the Court's supervision and future orders, particularly regarding disbursement.

WHEREFORE, Petitioners and Respondent respectfully request that this Court enter an Order under Rule 67 allowing the full sum of $453,962.95 to be deposited into the Court registry subject to the Court's orders substantially in the form of the proposed Order attached hereto as Exhibit "A."

Jointly submitted on July 27, 2018.

/s/ *Carlos F. Concepción*
Carlos F. Concepción
Florida Bar No. 0386730
Adrian Nuñez
Florida Bar. No. 048176
JONES DAY
600 Brickell Avenue
Brickell World Plaza
Suite 3300
Miami, FL 33131
Telephone:   +1.305.714.9700
Facsimile:   +1.305.714.9799
E-mail: cconcepcion@jonesday.com
anunez@jonesday.com

*Attorneys for Petitioners*

/s/ *Luis O'Naghten*
Luis O'Naghten
Florida Bar No. 622435
William V. Roppolo
Florida Bar No. 182850
Jessica Marroquin
Florida Bar No. 105360
Baker & McKenzie LLP
1111 Brickell Avenue, Suite 1700
Sabadell Financial Center
Miami, FL 33133
Telephone: (305) 789-8900
Fax: (305) 789-8953
Email: luis.onaghten@bakermckenzie.com
william.roppolo@bakermckenzie.com
jessica.marroquin@bakermckenzie.com

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2018, I electronically filed a true and correct copy of the Joint Motion to Deposit Funds with the Court Registry by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

/s/ *Adrian Nuñez*
Adrian Nuñez