UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-24380-CIV-MORENO

ESTHER VENTURA DE RENDON and JUAN
MARIA RENDON GUTIERREZ,

    Plaintiffs,

vs.

VIVIANE VENTURA and MICHAEL D.
VENTURA,

    Defendants.
_____/

## ORDER ON JOINT MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY

THIS CAUSE came before the Court upon the parties' Joint Motion to Deposit Funds into the Court Registry **(D.E. 46)**, filed on **July 27, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The parties are granted leave under Rule 67 to deposit the full sum of $453,962.95 into the Court registry arising from Petitioners' attachment of Respondent Michael D. Ventura's real property. The Clerk of the Court shall deposit the funds into the Court registry in an interest-bearing account pending further order of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of August 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record