UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-24380-CIV-Moreno/Louis

ESTHER VENTURA DE RENDÓN  and
JUAN MARÍA RENDÓN GUTIÉRREZ,

    Petitioners,

v.

VIVIANE VENTURA and MICHAEL D. VENTURA,

    Respondents.
_____/

**RESPONDENTS' OPPOSITION TO MOTION TO ALTER
OR AMEND JUDGMENT TO INCLUDE DAMAGES AND INTEREST,
AND FOR DISBURSEMENT OF FUNDS HELD IN COURT REGISTRY**

Respondents Vivian Ventura and Michael D. Ventura (Respondents) submit this Opposition to the Motion to Alter or Amend Judgment to Include Damages and Interest, and For Disbursement of Funds Held in Court Registry (DE 61) filed by Claimants.

Respondents specifically object to adding post-award, prejudgment interest in the amounts of $78,613.70 against Respondent Michael Ventura, $9,826 against Vivian Ventura, and $17,086 of interest on the cost award. As set forth in the motion, the imposition of post-award, prejudgment interest is within the discretion of the Court. Motion, p. 4; Indus. Risk Insurers v. M.A.N. Gutehoffnungshutte GmbH, 141 F.3d 1434, 1446 (11th Cir. 1998). The purpose of such an award is to compensate the plaintiff for any delay in payment resulting from the litigation. Oldham v. Korean Air Lines Co., Ltd., 127 F.3d 43, 54 (D.C. Cir. 1997). The circuits that have spoken to this issue have also emphasized, however,

that a district court's discretion to grant prejudgment interest *"must be exercised in a manner consistent with the underlying arbitration award."* Ministry of Defense and Support for the Armed Forces of the Islamic Republic of Iran v. Cubic Defense Sys., Inc., 665 F.3d 1091, 1103 (9th Cir. 2011).

The Court should not exercise its discretion to grant post award interest. First, the Award itself did not grant "pre-award" interest. Consequently, granting post-award, prejudgment interest is not consistent with the Award. *Compare*, Continental Transfert Technique Limited v. Federal Gov't of Nigeria, 932 F.Supp.2d 153 (D.D.C. 2013) (granting post award, prejudgment interest where the arbitral award granted pre-award interest but was silent regarding post award interest). Further, in the current instance Claimants delayed in bringing this action for over a year and half after obtaining the arbitral Award, resulting in the significant prejudgment interest being requested. Respondents have not paid the arbitral Award as they are awaiting resolution of the properly filed, pending motion to vacate the award based on Colombian law grounds.

Based on the foregoing argument and authority, Respondents request that the Court not amend the Final Judgment to include post-award, prejudgment interest.

Dated this 30th day of October, 2018.

                Respectfully submitted,

By: */s/ Luis O'Naghten*
**BAKER & MCKENZIE LLP**
Luis O'Naghten
Florida Bar No. 622435
William V. Roppolo
Florida Bar No. 182850
Jessica Marroquin
Florida Bar No. 105360
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Tel.: (305) 789-8900
Fax: (305) 789-8953
luis.onaghten@bakermckenzie.com
william.roppolo@bakermckenzie.com
jessica.marroquin@bakermckenzie.com

*Counsel for Respondent*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: */s/ Luis O'Naghten*
                     Luis O'Naghten

## SERVICE LIST

**ESTHER VENTURA DE RENDÓN and
JUAN MARÍA RENDÓN GUTIÉRREZ,
v.
VIVIANE VENTURA and
MICHAEL D. VENTURA,**

Case No.: 17-24380-CIV-Moreno/Louis

Counsel for Petitioners

Adrian Nuñez
Jones Day
Brickell World Plaza, Suite 3300
600 Brickell Avenue
Miami, Florida 33131
Tel.: (305) 714-9700
Fax: (305) 714-9799
Email: anunez@jonesday.com

537433-v1\MIADMS