UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-24380-CIV-MORENO

ESTHER VENTURA DE RENDON and JUAN
MARIA RENDON GUTIERREZ,

        Plaintiffs,

vs.

VIVIANE VENTURA and MICHAEL D.
VENTURA,

        Defendants.
_____/

## ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

THIS CAUSE came before the Court upon Petitioners' Motion to Alter or Amend Judgment to Include Damages and Interest, and for disbursement of funds held in Court Registry **(D.E. 61)**, filed on **October 16, 2018**.

THE COURT has considered the motion, the response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st of November 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record