UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 17-24380-CIV-MORENO

ESTHER VENTURA DE RENDON and JUAN
MARIA RENDON GUTIERREZ,

    Plaintiffs,

vs.

VIVIANE VENTURA and MICHAEL D.
VENTURA,

    Defendants.
_____/

## ORDER GRANTING MOTION TO TAX COSTS AND FINAL COST JUDGMENT

THIS CAUSE came before the Court upon Petitioner's Petitioner's Motion for Costs **(D.E. 64, 65)**, filed on **October 26, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Petitioner's Counsel submitted an Affidavit with the Court as to the taxable costs incurred in this action, and there being no opposition, it is

ADJUDGED that the motion is GRANTED. Further, it is

ADJUDGED that Petitioner recover from Respondents $1,296.14. The Court does not award the $2,239.73 for service of the summons and subpoenas because those costs are excessive. Interest shall accrue on this judgment at the statutory rate. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this _15_ of ~~October~~ November 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record