UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24380-CIV-MORENO/LOUIS

ESTHER VENTURA DE RENDÓN and
JUAN MARÍA RENDÓN GUTIÉRREZ,

       Petitioners,

v.

VIVIANE VENTURA and MICHAEL
D. VENTURA,

       Respondents.

_____

**PETITIONERS' RENEWED MOTION FOR DISBURSEMENT OF FUNDS DEPOSITED
INTO THE COURT REGISTRY AND TO AMEND THE FINAL JUDGMENT**

Petitioners Esther Ventura de Rendón and Juan María Rendón Guitiérrez (collectively, the

"Petitioners"), pursuant to the Court's Order Granting Defendant's [sic] Motion to Reconsider

Order Granting Motion for Disbursement of Funds Deposited into Court Registry (the

"Reconsideration Order") (ECF No. 78), hereby file a Renewed Motion for Disbursement of Funds

and to Amend the Final Judgment, and in support state:

1.      On September 26, 2018, this Court entered its Final Judgment (ECF No. 59)

pursuant to the findings set forth in the Order Adopting Magistrate Judge Louis' Report and

Recommendation (ECF No. 58). Magistrate Judge Louis' Report and Recommendation

recommends that "Petitioners' Petition to Confirm International Arbitration Award (ECF No. 1)

should be **GRANTED**." *See* Report and Recommendation, ECF No. 49, at 12 (emphasis in

original).

1

857960

2. The subject Petition to Confirm International Arbitration Award requests confirmation of a foreign arbitration award (the "Arbitration Award") against Respondents in favor of Petitioners issued by an arbitral panel under the International Chamber of Commerce, International Court of Arbitration in Bogota, Colombia. *See* ECF No. 1-3.[1]

3. The Arbitration Award granted Petitioners the following damages:

   a. Respondent Michael Ventura breached an underlying settlement agreement entitling Petitioners to recover damages in the sum of **$800,000.00**. *Id*. at ¶ 14(a) (emphasis added);

   b. Respondent Vivian Ventura breached an underlying settlement agreement entitling Petitioners to recover damages in the sum of **$100,000**. *Id*. at ¶ 14(b) (emphasis added);

   c. Respondents must jointly and severally reimburse Petitioners for the costs of arbitration in the sum of **$173,878.50**. *Id*. at 14(c) (emphasis added).

4. This Court has also awarded Petitioners $1,296.14 for certain costs accrued in the instant confirmation proceedings. *See* Order Granting Motion to Tax Costs and Final Cost Judgment, ECF No. 70.

5. Pursuant to the above, Petitioners moved this Court to disburse the $453,962.95 previously deposited into the Court Registry. *See* Motion for Disbursement of Funds Deposited into the Court Registry, ECF No. 69. The Court granted Petitioners' Motion. *See* Order Granting Motion for Disbursement of Funds Deposited into the Court Registry, ECF No. 71 (the "Disbursement Order").

---

[1] Petitioners originally filed their Petition to Confirm Arbitration Award in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. On December 4, 2017, Respondents removed the Petition to the District Court for the Southern District of Florid pursuant to 9 U.S.C. §§ 201 *et seq*. *See generally* ECF No. 1.

857960

6.        On November 22, 2018, Respondents moved this Court for reconsideration of its Disbursement Order, arguing that the Court should treat the monies in the Court Registry as a *supersedeas* bond, which would maintain the "status quo" while the underlying award confirmation is on appeal. *See* Respondents' Motion to Reconsider Order Granting Motion for Disbursement of Funds Deposited into the Court Registry, ECF No. 72, at 3-5.

7.        The Court subsequently granted Respondents' Motion to Reconsider, but required that "Respondents must deposit into the Court registry the remainder of the amount ($446,038) owed to Petitioners under the arbitral award confirmed by this Court,[2] or obtain a supersedeas bond to cover the difference between the final judgment and the monies in the Court registry." Reconsideration Order at 2.

8.        The Reconsideration Order makes clear that Respondents were to deposit these additional funds "by no later than **February 15, 2019**" and if they failed to do so, "the Court will allow the Petitioners to execute their judgment in this case by re-filing the motion for disbursement of funds." *Id*. at 2-3 (emphasis in original).

9.        Respondents failed to make the required deposit or to take out the required *supersedeas* bond in violation of the Reconsideration Order. Nor have Respondents obtained a stay of execution on the Final Judgment from the Eleventh Circuit.

10.       Accordingly, Petitioners request that this Court direct the Clerk of Court, Financial Manager's Office to disburse the $453,962.95 currently deposited within the Court registry to

---

[2] As described above, the actual amount of the Arbitration Award confirmed by this Court is $1,073,878.50: $800,000 against Michael Ventura; $100,000 against Vivian Ventura; and $173,878.50 joint and severally against Michael and Vivian Ventura for the costs associated with the Colombian arbitration. This Court has also awarded Petitioners $1,296.14 for costs accrued in the instant confirmation proceedings. The outstanding balance thus owed to the Court Registry by Respondents is actually $621,211.69 (Petitioners' total award minus the $453,962.95 currently on deposit in the Court Registry).

857960

Petitioners. A proposed order formatted to meet the requirements of the Clerk of the Court, Financial Manager's Office is attached hereto as **Exhibit A**.[3]

11. Given Respondents' failure to deposit additional funds with the Court registry, take out a *supersedeas* bond conforming to the Federal Rules of Civil Procedure and Local Rule 62.1, or obtain a stay from the Eleventh Circuit, $621,211.69 of the judgement in favor of Petitioners will remain unsecured even after the funds currently on deposit in the Court registry are disbursed.

12. In order to file a judgment lien certificate with the Florida Department of State and relevant county governments—and thus mitigate the risk that Respondents will seek to liquidate their property holdings and avoid satisfying the Final Judgment—Petitioners request that the Final Judgment in this case be amended to reflect the total amount of the Arbitration Award, i.e.:

      a.      $800,000 against Michael Ventura. *See* ECF No. 1-3 at ¶ 14(a);

      b.      $100,000 against Vivian Ventura. *See* ECF No. 1-3 at ¶ 14(b);

      c.      $173,878.50 jointly and severally against Michael and Vivian Ventura for arbitration costs. *See* ECF No. 1-3 at ¶ 14(c);

      d.      $1,296.14 jointly and severally against Michael Ventura and Vivian Ventura for costs arising in the confirmation proceedings. *See* ECF No. 70.

13. A proposed Amended Final Judgment describing the damages amounts due to Petitioners is attached hereto as **Exhibit B**.

WHEREFORE, Petitioners Esther Ventura de Rendón and Juan María Rendón Gutiérrez respectfully request this Honorable Court enter an Amended Final Judgment reflecting the

---

[3] As detailed in Petitioners Motion for Clarification of Order Granting Motion for Disbursement of Funds (ECF No. 75), the Financial Manager's Office requires that a court order disbursing funds contain the following: (a) the name of the petitioners; (b) the amount of the funds on deposit in the Court registry; and (c) the phrase" plus any accrued interest."

857960

damages and costs awards due by Respondents and disbursing those funds within the Court registry to Petitioners.

Dated: February 19, 2019

Respectfully submitted,

 /s/ Eric S. Boos
Carlos F. Concepción
Florida Bar No. 0386730
Eric S. Boos
Florida Bar No. 0107673
SHOOK, HARDY & BACON, LLP
Citigroup Center
Suite 3200
201 S. Biscayne Boulevard
Miami, Florida 33131-4332
Telephone: 305.358.5171
Facsimile: 305.358.7470
Email: cconcepcion@shb.com
Email: eboos@shb.com

*Attorneys for Petitioners*

857960

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by using

the CM/ECF system on February 19, 2019 on all counsel or parties of record on the Service List

below.

By:   /s/ Eric S. Boos
      Eric S. Boos

**SERVICE LIST**

William Vito Roppolo, Jr.
William.roppolo@bakermckenzie.com
Luis O'Naghten
Luis.onaghten@bakermckenzie.com
Jessica Marroquin
Jessica.marroquin@bakermckenzie.com
BAKER & MCKENZIE LLP
1111 Brickell Avenue, Suite 1700
Sabadell Financial Center
Miami, Florida 33133
Telephone: 305.789.8900
Facsimile: 305.789.8953

(Service via CM/ECF)

*Counsel for Respondents*

857960