# **Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24380-CIV-MORENO/LOUIS

ESTHER VENTURA DE RENDÓN and
JUAN MARÍA RENDÓN GUTIÉRREZ,

    Petitioners,

v.

VIVIANE VENTURA and MICHAEL
D. VENTURA,

    Respondents.

_____

**(PROPOSED) <u>AMENDED FINAL JUDGMENT</u>**

THIS CAUSE came before the Court upon Petitioners Esther Ventura de Rendón and Juan María Rendón Gutiérrez' Renewed Motion for Disbursement of Funds Deposited into the Court Registry and to Amend the Final Judgment (ECF No. 79). Pursuant to Federal Rules of Civil Procedure 58 and 59(e), and in accordance with the reasons stated in the Court's Order Adopting Magistrate Judge Louis' Report and Recommendation (ECF No. 58), the Final Judgment (ECF No. 60) entered on September 26, 2018 is hereby amended and judgment entered *nunc pro tunc* in favor of Petitioners and against Respondents as follows:

    1.    Petitioners Esther Ventura de Rendón and Juan María Rendón Gutiérrez shall recover from Respondent Viviane Ventura the sum of $100,000.00 as damages.

    2.    Petitioners Esther Ventura de Rendón and Juan María Rendón Gutiérrez shall recover from Respondent Michael D. Ventura the sum of $800.000.00 as damages.

    3.    Petitioners Esther Ventura de Rendón and Juan María Rendón Gutiérrez shall also recover from Respondents, jointly and severally, the sum of $173,878.50 as costs from the

arbitration, plus $1,296.14 as costs for the confirmation proceedings, for a total sum of $175,174.64.

All sums due herein by Respondents shall bear interest pursuant to 28 U.S.C. § 1961 at the rate of _____ % compounded annually until paid in full, for all of which let execution issue.

The Court reserves jurisdiction for purposes of ruling on any motions for costs.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of February, 2019.

 

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record