UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-24380-CIV-MORENO/LOUIS

ESTHER VENTURA DE RENDÓN and
JUAN MARÍA RENDÓN GUTIÉRREZ,

  Petitioners,

v.

VIVIANE VENTURA and MICHAEL
D. VENTURA,

  Respondents.

_____

## ORDER GRANTING JOINT MOTION FOR DISBURSEMENT OF FUNDS DEPOSITED INTO THE COURT REGISTRY

THIS CAUSE came before the Court upon Petitioners Esther Ventura de Rendón and Juan María Rendón Gutiérrez and Respondent Michael D. Ventura's Joint Motion for Disbursement of Funds Deposited into the Court Registry (ECF No. 86).

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED and the Clerk of Court is directed to disburse the $453,962.95 previously deposited into the Court Registry plus any accrued interest to Petitioners Esther Ventura de Rendón and Juan María Rendón Gutiérrez. It is also

**ADJUDGED** that all other pending motions are DENIED as moot in view of the Satisfaction of Judgment and the dismissal of the appeal in this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of April, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record