UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-24380-CIV-MORENO**

ESTHER VENTURA DE RENDON and JUAN
MARIA RENDON GUTIERREZ,

       Plaintiffs,

vs.

VIVIANE VENTURA and MICHAEL D.
VENTURA,

       Defendants.

_____/

## ORDER AMENDING ORDER GRANTING JOINT MOTION FOR DISBURSEMENT OF FUNDS DEPOSITED IN THE COURT REGISTRY

THIS CAUSE came before the Court upon a sua sponte review of the Court's Order Granting Joint Motion for Disbursement of Funds Deposited into the Court Registry **(D.E. 87)**, filed on **April 29, 2019**.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Order Granting Joint Motion for Disbursement of Funds Deposited into the Court Registry is AMENDED to reflect the proper amount of $453,962.65. The Clerk of Court is directed to disburse the $453,962.65 previously deposited into the Court Registry plus any accrued interest to Petitioners Esther Ventura de Rendón and Juan Maria Rendón Gutiérrez.

DONE AND ORDERED in Chambers at Miami, Florida, this _28_ of May 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record