UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24380-CIV-MORENO/LOUIS

ESTHER VENTURA DE RENDÓN and
JUAN MARÍA RENDÓN GUTIÉRREZ,

       Petitioners,

v.

VIVIANE VENTURA and MICHAEL
D. VENTURA,

       Respondents.

_____

## NOTICE OF SATISFACTION OF FINAL JUDGMENT AS TO RESPONDENT MICHAEL VENTURA

Petitioners Esther Ventura de Rendón and Juan María Rendón Guitiérrez hereby acknowledge receipt of $346,009.73 in satisfaction of this Court's Final Judgment entered in favor of Petitioners and against Respondents on September 27, 2018 (ECF No. 60) ("Final Judgment") as to Respondent Michael Ventura only.

The above $346,009.73, in combination with the $453,962.65 distributed to Petitioners from those funds on deposit with the Court Registry, is a satisfaction of the final judgment against Michael Ventura.

Dated: June 28, 2019

                                                Respectfully submitted,

                                                 /s/ Eric S. Boos
                                                Carlos F. Concepción
                                                Florida Bar No. 0386730
                                                Eric S. Boos
                                                Florida Bar No. 0107673
                                                SHOOK, HARDY & BACON, LLP

1

Citigroup Center
Suite 3200
201 S. Biscayne Boulevard
Miami, Florida 33131-4332
Telephone: 305.358.5171
Facsimile: 305.358.7470
Email: cconcepcion@shb.com
Email: eboos@shb.com

*Attorneys for Petitioners*

4821-4191-0933